INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2808

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANNY STOUARD,<br><br>                Plaintiff,<br><br>        v.<br><br>CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | Case No. 2:26-cv-00548-JCM-EJY<br><br>**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR IA 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") files this motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Friday, April 24, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. Counsel for Experian reached out to Plaintiff's counsel who consent to the extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 27th day of March 2026

/s/Inku Nam
INKU NAM Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2808

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: ___March 30, 2026___

2