GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANNY STOUARD,

           Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., CITIBANK, N.A.

           Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:26-cv-00548-JCM-EJY

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 4, 2026 through and including **May 18, 2026**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

///

///

///

and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 30th day of April 2026.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center,
Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information
Services LLC*

*No opposition*

/s/ Kevin L. Hernandez
Kevin L. Hernandez
**Law Office of Kevin L. Hernandez**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
702-563-4450
Fax: 702-552-0408
Email: kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   April 30, 2026

- 2 -